476 A.2d 72

Commonwealth v. Hollis, Appellant.

Submitted March 5, 1984. Stephen P. Patrizio, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, POPOVICH and CERCONE, JJ.

Judgment of sentence affirmed.

476 A.2d 72

Commonwealth v. Hubert, Appellant.

Submitted January 20, 1984. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and HESTER, JJ.

Judgment of sentence affirmed.